UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,          )
                    Plaintiff,          )
                                        )
v.                                      )          **JUDGMENT**
                                        )
                                        )          **5:11-CV-96-BO**
GARY HARPER and PATTI HARPER,          )
                    Defendants,          )
                                        )

**Decision by Court.**

     **IT IS ORDERED, ADJUDGED AND DECREED THAT** Judgment is hereby entered against Defendants Gary Harper and Patti Harper, jointly and severally,  in the amount of $50,000.00.

**This Judgment Filed and Entered on October 12, 2012, and Copies To:**
Joshua B. Royster (Via CM/ECF Notice of Electronic Filing)
James Braxton Craven III (Via CM/ECF Notice of Electronic Filing)

October 12, 2012                          JULIE A. RICHARDS, CLERK

Raleigh, NC                                _/s/ Debby Sawyer_____
                                           (By) Deputy Clerk